UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LATRELL MURRAY,

                Plaintiff,

v.

THE CITY OF YONKERS, et al.,

                Defendants.
---------------------------------------------------------X

**ORDER**

19-CV-01192 (PMH)

Pursuant to defendants' letter dated June 2, 2021, discovery in this case is complete. (Doc. 43). Accordingly, the case is no longer referred to Magistrate Judge McCarthy.

The Court has scheduled a case management conference for June 22, 2021 at 10:30 a.m. to be held via telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831. The parties are reminded to review and comply with my Individual Practices dated May 25, 2021 with respect to applicable deadlines following the close of discovery.

The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       June 3, 2021

                                            _____
                                            Philip M. Halpern
                                            United States District Judge