```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LATRELL MURRAY,
                        Plaintiff,
v.
                                                ORDER
THE CITY OF YONKERS, et al.,
                                                19-CV-01192 (PMH)
                        Defendants.
---------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

A telephone case management conference was scheduled for 10:30 a.m. today. Counsel for defendants appeared; plaintiff *pro se* did not appear. The Court hereby adjourns the case management conference to July 12, 2021 at 10:30 a.m., to be held by telephone conference. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

Plaintiff is advised that failure to appear at the next conference absent good cause may result in dismissal of this case.

The Clerk of Court is respectfully requested to mail a copy of this Order to the plaintiff. Counsel for defendants shall also advise plaintiff of the new date and time.

SO-ORDERED:

Dated: White Plains, New York
       June 22, 2021

_____
Philip M. Halpern
United States District Judge